AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

MARK A GILL
    **Plaintiff**

v.          **Civil Action No.** 2:22-cv-327

HAMMOND THE CITY OF
a political subdivision of the State of Indiana,

THOMAS M MCDERMOTT JR
Mayor,

THE HAMMOND POLICE DPT,

JOHN D DOUGHTY
Chief of Police,

JA SHEET
Responding Officers, HA3P5,

J RIORDAN
Responding Officers, HAH56,

J SARLEA
Responding Officers, HA3P10,

K HOWARD
Resonding Officers, HA3P6,

E COOK
Responding Officers, HAK2,

M SCHMIDT
Responding Officers, HAA4,

B HEDGEPATH
Responding Officers, HAA2,

JO WOODS
Responding Officers, HAK4,

T HARGROVE
Responding Officers, JA3S14,

G MCGING
Responding Officers, HAA7,

DA HORNYAK
Responding Officers, HAA12,

S JAJOWKA
Responding Officers, HAD25,
**Defendants**

# JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

X Other: This case is DISMISSED with prejudice as barred by the statute of limitations. The state law claims in Counts I, II, III, IX, X, XI, XII, XIII, XV, XVI and XVII are DISMISSED without prejudice.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

X decided by Judge Theresa L. Springmann on a Motion to Dismiss.

DATE: December 12, 2023            CHANDA J. BERTA, CLERK

                                   by____s/N. Long_____
                                   *Signature of Clerk or Deputy Clerk*